UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWARD WATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15-CV-241-GKF-TLW |
| RECIPROCITY RESTAURANT GROUP, LLC, d/b/a Church's Chicken, and MODERN BUSINESS ASSOCIATES, INC., | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

COME NOW the Plaintiff Edward Watson and Defendants Reciprocity Restaurant Group, LLC and Modern Business Associates, Inc. and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby agree to a dismissal of the above-captioned action with prejudice to its re-filing, each party to bear its respective attorneys' fees and costs.

Dated this 16th day of February, 2016.

Respectfully Submitted,

*(signature)*
Christopher L. Camp, OBA# 18541
7122 South Sheridan Road, Suite #2-382
Tulsa, Oklahoma 74133
(918) 200-4871
(918) 550-8337 – Fax

*Attorney for Plaintiff, Edward Watson*

/s/ David R. Cordell
David R. Cordell, OBA #11272
Nancy E. Vaughn, OBA #9214
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
(918) 586-8995
(918) 586-8695 – Fax

*Attorneys for Defendant, Reciprocity Restaurant Group, LLC*

/s/ Nathan L. Whatley
Nathan L. Whatley, OBA# 14601
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
(405) 235-9621
(405) 235-0439 – Fax

*Attorney for Defendant, Modern Business Associates, Inc.*